

**T**HE **C**ITY OF **N**EW **Y**ORK
**L**AW **D**EPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**MICHAEL A. CARDOZO**
*Corporation Counsel*

**ERICA M. HABER**
phone: (212) 788-1357
fax: (212) 788-9776
email: ehaber@law.nyc.gov

February 29, 2012

**VIA ECF**
Honorable Viktor V. Pohorelsky
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  Roddrick Ingram v. The City of New York, et al.
        11 CV 2696 (NGG) (VVP)

Your Honor:

  I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and am assigned to represent defendant The City of New York in the above-referenced matter.

  I write, with the consent of plaintiff's counsel, Richard Cardinale, Esq., to respectfully advise the Court that the parties have agreed to settle this matter. We are in the process of preparing the necessary paperwork and will forward a fully-executed Stipulation of Settlement to the Court as soon as possible.

  Thank you for your consideration herein.

                Respectfully submitted,

                /s/

                Erica M. Haber
                Assistant Corporation Counsel
                Special Federal Litigation Division

cc:  Richard Cardinale, Esq.
    *Attorney for Plaintiff*
    (*via ECF*)